**Bennie WHITEHEAD;
et al., Plaintiffs,**

v.

**FOOD MAX OF MISSISSIPPI,
INC.; et al., Defendants,**

---

**1.** Judge Robert M. Parker is recused and did

**K Mart Corporation, Defendant–
Appellee,**

v.

**Paul S. Minor, Appellant.**

**No. 00–60153.**

United States Court of Appeals,
Fifth Circuit.

Sept. 30, 2002.

Luther T. Munford, Ross F. Bass, Jr., Phelps Dunbar, Jackson, MS, for Appellant.

Don Keller Haycraft, Khristina DeLuna Miller, Liskow & Lewis, New Orleans, LA, for Defendant–Appellee.

Before KING, Chief Judge, and JOLLY, HIGGINBOTHAM, DAVIS, JONES, SMITH, WIENER, BARKSDALE, EMILIO M. GARZA, DeMOSS, BENAVIDES, STEWART, DENNIS and CLEMENT, Circuit Judges.[1]

BY THE COURT:

A majority of judges in active service having determined, on the Court's own motion, to rehear this case en banc,

IT IS ORDERED that this cause shall be reheard by the Court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.

not participate in this decision.